William H. Ingaldson, Esquire
ABA No. 8406030
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: bill@impc-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MITCHELL SEAVEY, ) | |
| ) | No. 4:12-CV-00001-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAI, USA, LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their counsel, and hereby stipulate and agree to dismiss this action, with prejudice, each party to bear its own costs and attorney fees.

INGALDSON
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Seavey v. Kai, et al.
No. 4:12-cv-00001-RRB
Page 1 of 2
Case 4:12-cv-00001-RRB   Document 103   Filed 06/13/14   Page 1 of 2

Dated at Anchorage, Alaska June 13, 2014.

INGALDSON FITZGERALD, P.C.
Attorneys for Plaintiff

s/William H. Ingaldson
ABA No. 8406030
813 West Third Avenue
Anchorage, AK 99501
Fax: (907) 258-8751
E-mail: bill@impc-law.com

Dated at Anchorage, Alaska June 13, 2014.

DELANEY WILES, INC.
Attorneys for Defendant KAI, USA, Ltd.

s/Cynthia L. Ducey
ABA No. 8310161
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
E-mail: cld@delaneywiles.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2014, a copy of the foregoing was served electronically on:

Cynthia L. Ducey, Attorney

s/William H. Ingaldson

Seavey v. Kai, et al.
No. 4:12-cv-00001-RRB

Page 2 of 2
Case 4:12-cv-00001-RRB   Document 103   Filed 06/13/14   Page 2 of 2